**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6893**

ROBERT JEREMY HAYNES,

        Plaintiff - Appellant,

    v.

MATTHEW LAY; TIFFANY STARETTE, a/k/a Nurse Star,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, Senior District Judge.  (5:24-cv-00125-FDW)

Submitted:  January 22, 2026                          Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Jeremy Haynes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Jeremy Haynes seeks to appeal the district court's order granting in part and denying in part his motion to compel discovery in his 42 U.S.C. § 1983 action.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Haynes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*